ORIGINAL FILED
2010 FEB -4 A 11:56
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

1  MATTHEW H. POPPE (STATE BAR NO. 177854)
   mpoppe@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA 94025
   Telephone:  (650) 614-7400
4  Facsimile:  (650) 614-7401

5  Attorneys for Subpoenaed Party
   BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 10 80023 MISC

IN RE SUBPOENA OF BROCADE          Case No.
COMMUNICATIONS SYSTEMS, INC.
                                    STIPULATION REGARDING
                                    ENTRY OF PROTECTIVE ORDER    JSW

                                    (Main action pending in U.S. District
                                    Court for Eastern District of Texas, Case
                                    No. 2:07-cv-497-TJW-CE)

STIPULATION RE: ENTRY OF PROTECTIVE ORDER

1  WHEREAS, a patent infringement action is pending in the United States District Court for
2  the Eastern District of Texas entitled *SynQor Inc. v. Artesyn Technologies, Inc. et al.*, Civil
3  Action No. 2:07-CV-497-TJW-CE (the "Texas Action");

4  WHEREAS, in connection with the above action, this Court issued a subpoena to Brocade
5  Communications Systems, Inc. ("Brocade"), with SynQor's counsel David T. DeZern named as
6  the issuing officer; and

7  WHEREAS, in connection with SynQor's request that Brocade produce documents in
8  response to the subpoena, all parties to the Texas Action and Brocade have agreed to entry of the
9  protective order submitted herewith;

10  IT IS HEREBY STIPULATED AND AGREED, by and between all parties to the Texas
11  Action and Brocade, through their respective counsel of record, and subject to approval of the
12  Court, that a protective order should be entered in the form submitted herewith.

14  Dated: ~~January~~ February 2, 2010        ORRICK, HERRINGTON & SUTCLIFFE LLP

                                              _/s/ Matthew H. Poppe_
                                              MATTHEW H. POPPE
                                              Attorney for Subpoenaed Party
                                              BROCADE COMMUNICATIONS SYSTEMS, INC.

19  Dated: January 22, 2010                   SIDLEY AUSTIN LLP

                                              _/s/ David T. DeZern_
                                              DAVID T. DEZERN
                                              Attorney for Plaintiff
                                              SYNQOR INC.

- 1 -    STIPULATION RE: ENTRY OF PROTECTIVE ORDER

Dated: January 25, 2010

LOCKE LORD BISSELL & LIDDELL LLP

_____
ROBERT McAUGHAN, JR.
Attorney for Defendants
ARTESYN TECHNOLOGIES, INC. and ASTEC AMERICA, INC.

Dated: January ___, 2010

SLATER & MATSIL, LLP

_____
NATALIE SWIDER
Attorney for Defendant
BEL FUSE INC.

Dated: January ___, 2010

VASQUEZ BENISEK & LINDGREN

_____
RICHARD C. VASQUEZ
Attorney for Defendants
CHEROKEE INTERNATIONAL CORP. and LINEAGE POWER CORP.

Dated: January ___, 2010

FISH & RICHARDSON P.C.

_____
ALAN D. SMITH
Attorney for Defendants
DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS NORTH AMERICA, INC., MURATA MANUFACTURING CO., INC., MURATA POWER SOLUTIONS, INC., AND POWER-ONE, INC.

01/28/2010 10:29 9727318 SLATER & MATSILLP PAGE 04/04

| | | |
|---|---|---|
| 1 | Dated: January __, 2010 | LOCKE LORD BISSELL & LIDDELL LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | ROBERT McAUGHAN, JR.<br>Attorney for Defendants<br>ARTESYN TECHNOLOGIES, INC. and ASTEC |
| 5 | | AMERICA, INC. |
| 6 | | |
| 7 | Dated: January 21, 2010 | SLATER & MATSIL, LLP |
| 8 | | *Natalie Swider* |
| 9 | | _____<br>NATALIE SWIDER |
| 10 | | Attorney for Defendant<br>BEL FUSE INC. |
| 11 | | |
| 12 | Dated: January __, 2010 | VASQUEZ BENISEK & LINDGREN |
| 13 | | |
| 14 | | _____<br>RICHARD C. VASQUEZ |
| 15 | | Attorney for Defendants<br>CHEROKEE INTERNATIONAL CORP. and<br>LINEAGE POWER CORP. |
| 16 | | |
| 17 | Dated: January __, 2010 | FISH & RICHARDSON P.C. |
| 18 | | |
| 19 | | _____ |
| 20 | | ALAN D. SMITH<br>Attorney for Defendants |
| 21 | | DELTA ELECTRONICS, INC., DELTA<br>PRODUCTS CORP., MURATA ELECTRONICS |
| 22 | | NORTH AMERICA, INC., MURATA<br>MANUFACTURING CO., INC., MURATA |
| 23 | | POWER SOLUTIONS, INC., AND POWER-ONE,<br>INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: January __, 2010 | LOCKE LORD BISSELL & LIDDELL LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | ROBERT McAUGHAN, JR.<br>Attorney for Defendants |
| 5 | | ARTESYN TECHNOLOGIES, INC. and ASTEC AMERICA, INC. |
| 6 | | |
| 7 | Dated: January __, 2010 | SLATER & MATSIL, LLP |
| 8 | | |
| 9 | | _____<br>NATALIE SWIDER |
| 10 | | Attorney for Defendant<br>BEL FUSE INC. |
| 11 | | |
| 12 | Dated: January 20, 2010 | VASQUEZ BENISEK & LINDGREN |
| 13 | | |
| 14 | | /s/ Avin P. Sharma<br>~~RICHARD C. VASQUEZ~~ Avin P. Sharma |
| 15 | | Attorney for Defendants<br>CHEROKEE INTERNATIONAL CORP. and LINEAGE POWER CORP. |
| 16 | | |
| 17 | Dated: January __, 2010 | FISH & RICHARDSON P.C. |
| 18 | | |
| 19 | | _____ |
| 20 | | ALAN D. SMITH<br>Attorney for Defendants |
| 21 | | DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS |
| 22 | | NORTH AMERICA, INC., MURATA MANUFACTURING CO., INC., MURATA |
| 23 | | POWER SOLUTIONS, INC., AND POWER-ONE, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -  STIPULATION RE: ENTRY OF PROTECTIVE ORDER

| | | |
|---|---|---|
| 1 | Dated: January __, 2010 | LOCKE LORD BISSELL & LIDDELL LLP |
| 2 | | |
| 3 | | |
| 4 | | ROBERT McAUGHAN, JR.<br>Attorney for Defendants |
| 5 | | ARTESYN TECHNOLOGIES, INC. and ASTEC AMERICA, INC. |
| 6 | | |
| 7 | Dated: January __, 2010 | SLATER & MATSIL, LLP |
| 8 | | |
| 9 | | NATALIE SWIDER |
| 10 | | Attorney for Defendant<br>BEL FUSE INC. |
| 11 | | |
| 12 | Dated: January__, 2010 | VASQUEZ BENISEK & LINDGREN |
| 13 | | |
| 14 | | RICHARD C. VASQUEZ |
| 15 | | Attorney for Defendants<br>CHEROKEE INTERNATIONAL CORP. and |
| 16 | | LINEAGE POWER CORP. |
| 17 | Dated: January 22, 2010 | FISH & RICHARDSON P.C. |
| 18 | | |
| 19 | | *[signature]* |
| 20 | | WHITNEY A. FELLBERG<br>Attorney for Defendants |
| 21 | | DELTA ELECTRONICS, INC., DELTA PRODUCTS CORP., MURATA ELECTRONICS |
| 22 | | NORTH AMERICA, INC., MURATA MANUFACTURING CO., INC., MURATA |
| 23 | | POWER SOLUTIONS, INC., AND POWER-ONE, INC. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -   STIPULATION RE: ENTRY OF PROTECTIVE ORDER